IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-135-D

| | | |
|---|---|---|
| SOUND RIVERS, INC., and <br> WATERKEEPER ALLIANCE, INC., <br><br> Appellants, <br><br> v. <br><br> DONALD E. TAYLOR, and <br> ANNIE TAYLOR, <br><br> Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |

On August 29, 2018, the parties filed a joint statement updating the court on the status of this case. See [D.E. 8]. The court has reviewed the statement, and the clerk SHALL close the case.

SO ORDERED. This _30_ day of August 2018.

                                                                         JAMES C. DEVER III
                                                                         Chief United States District Judge